FILED

10/05/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0676

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0676

___

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.

CHARLES GEORGE BURKETT,

     Defendant and Appellant.

___

**ORDER**

___

Upon consideration of Appellee's motion for a 60-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including December 8, 2020, within which to prepare, serve, and file the State's response.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 5 2020